UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. 20-3300


JULIANA MARTIREZ ARREAGA BRAVO,
Petitioner


v.


ATTORNEY GENERAL UNITED STATES OF AMERICA

(Agency No. A209-004-970)

Present: MCKEE, GREENAWAY, JR., and RESTREPO, Circuit Judges

1. Unopposed Motion filed by Respondent Attorney General United States of
America to clarify opinion.



Respectfully,
Clerk/lmr

_____ORDER_____
The foregoing motion is granted. The Court will issue an Amended Opinion and
judgment. The Clerk is directed to recall the mandate for purposes of filing the amended
opinion and judgment and reissue it once filing is complete.



By the Court,

s/Joseph A. Greenaway, Jr.
Circuit Judge

Dated: March 2, 2022
CJG/cc:     Brett A. Tarver, Esq.
            Anthony C. Vale, Esq.
            Bryan S. Beier, Esq.
            Lindsay Marshall, Esq.
            Jeffrey R. Meyer, Esq.